TONYA DEANN D. CAMPBELL, Debtor
CASE NO. 12-70485-HDH-13

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP          BDFTE# 00000004013462
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
(972) 386-5040
Attorney for MIDFIRST BANK

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-70485-HDH-13 |
| | § | |
| TONYA DEANN D. CAMPBELL, | § | |
|     Debtor | § | CHAPTER 13 |
| | § | |
| MIDFIRST BANK, | § | |
|     Movant | § | HEARING DATE: 02/12/2014 |
| | § | |
| v. | § | TIME:  10:30 AM |
| | § | |
| TONYA DEANN D. CAMPBELL; | § | |
| WALTER O'CHESKEY, Trustee | § | |
|     Respondents | § | JUDGE HARLIN D. HALE |

### NOTICE OF HEARING FOR MOTION FOR RELIEF AS TO DEBTOR
### AND CERTIFICATE OF SERVICE

NOTICE is hereby given that the Court has scheduled a hearing on the Motion For

Relief From Stay of MIDFIRST BANK on February 12, 2014 at 10:30 AM at the following

location:

### U.S. BANKRUPTCY COURT
### 1000 LAMAR ST.
### ROOM 208
### WICHITA FALLS, TX 76301

TONYA DEANN D. CAMPBELL, Debtor
CASE NO. 12-70485-HDH-13

I hereby certify that on January 23, 2014, a true and correct copy of the Motion For Relief

From Stay of MIDFIRST BANK and this Notice of Hearing were served via electronic means

as listed on the Court's ECF noticing system or by regular first class mail to the parties listed

on the attached list.


Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY:  /s/ DONNA WILKINSON_____ 1/23/2014
     DONNA WILKINSON
     TX NO. 24084098
     15000 SURVEYOR BLVD SUITE 100
     ADDISON, TX 75001
     Telephone: (972) 386-5040
     E-mail:  NDECF@BDFGROUP.COM
     ATTORNEY FOR MOVANT

TONYA DEANN D. CAMPBELL, Debtor
CASE NO. 12-70485-HDH-13

DEBTORS:
TONYA DEANN CAMPBELL
4 ROCK ISLAND
WICHITA FALLS, TX  76308

TONYA DEANN CAMPBELL
NO. 4 ROCK ISLAND CIRCLE
WICHITA FALLS, TX  76308

CO-DEBTORS:
EDWARD CAMPBELL
4 ROCK ISLAND CIR
WICHITA FALLS, TX  76308-4423

EDWARD CAMPBELL
NO. 4 ROCK ISLAND CIRCLE
WICHITA FALLS, TX  76308

TRUSTEE:
WALTER O'CHESKEY
6308 IOLA AVENUE
LUBBOCK, TX  79424

US TRUSTEE
1100 COMMERCE STREET, ROOM 976
EARLE CABELL FEDERAL BLDG
DALLAS, TX  75242

DEBTOR'S ATTORNEY:
MONTE J WHITE
1106 BROOK AVENUE
WICHITA FALLS, TX  76301
PARTIES IN INTEREST:
CITY OF WF, WFISD, WICHITA CO
C/O HAROLD LEREW
P.O. BOX 8188
WICHITA FALLS, TX  76307