Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § |
| Tonya DeAnn Campbell | § Case No. 12-70485-HdH-13 |
| | § |
| DEBTOR | § |

DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM
AUTOMATIC STAY OF Midfirst Bank

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Debtor in the above-titled cause and files this Response to Motion for Relief from Automatic Stay.

On January 23, 2014, Attorney for Midfirst Bank, Barrett Daffin Frappier Turner & Engel, LLP, filed a Motion for Relief from Automatic Stay, in response thereto, Debtor would show the following:

1. ADMIT
2. ADMIT
3. ADMIT
4. ADMIT
5. DENY
6. DENY
7. DENY
8. DENY
9. DENY
10. DENY
11. DENY

WHEREFORE, PREMISES CONSIDERED, Debtor prays that motion be denied in all respects, that the Court award reasonable and necessary attorney fees for the defense of this Motion and for such other and further relief to which they may be entitled.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Response to Motions for Relief from Stay was served by ECF and/or mailed on January 27, 2014, to the following as indicated:

/s/Monte J. White
Attorney for Debtor

| | |
|---|---|
| Movant: | Midfirst Bank<br>Attention: Bankruptcy<br>PO Box 26648<br>Oklahoma City, OK 73216 |
| Attorney for Movant: | Barrett Daffin Frappier Turner & Engel, LLP<br>15000 Surveyor Blvd, Suite 100<br>Addison, Texas 75001 |
| Trustee: | Chapter 13 Trustee<br>Walter O'Cheskey<br>6308 Iola Ave.<br>Lubbock, TX  79424 |
| | U.S. Trustee<br>William T. Neary<br>1100 Commerce Street, Room 9-C-60<br>Dallas, TX 75242 |
| Debtor: | Tonya DeAnn Campbell<br>4 Rock Island<br>Wichita Falls, TX 76308 |