

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 25, 2014**

*/s/ Harlin DeWayne Hale*
**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-70485-HDH-13 |
| | § | |
| TONYA DEANN CAMPBELL, | § | |
|   Debtor | § | CHAPTER 13 |
| | § | |
| MIDFIRST BANK, | § | |
|   Movant | § | HEARING DATE: 02/12/2014 |
| | § | |
| v. | § | TIME:  10:30 AM |
| | § | |
| EDWARD R. CAMPBELL, | § | |
| Co-Debtor; and WALTER | § | |
| O'CHESKEY, Trustee | § | |
|   Respondents | § | JUDGE HARLIN D. HALE |

## DEFAULT ORDER LIFTING CO-DEBTOR STAY

Came on for consideration the unopposed Motion For Relief from the Co-Debtor Stay filed by MIDFIRST BANK, (hereinafter "MOVANT"), a secured creditor in the above entitled and numbered case.  Movant's attorney represented that, after proper notice and timely service of the Motion, no answer has been filed by the Co-Debtor.  Therefore, it is

ORDERED that the stay of 11 U.S.C. §1301 is lifted for the purpose of allowing Movant to exercise its rights with respect to the following described property:

LOT NUMBER TWELVE (12), BLOCK NUMBER TWELVE (12), SECTION SIX (6), MIDWESTERN FARM SUBDIVISION, AN ADDITION TO THE CITY OF WICHITA FALLS, WICHITA COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 23, PAGE 298-299, WICHITA COUNTY PLAT RECORDS.

# # # END OF ORDER # # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ DONNA WILKINSON
DONNA WILKINSON
TX NO. 24084098
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
Telephone: (972) 386-5040
E-mail:  NDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT