

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 25, 2014**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-70485-HDH-13 |
| | § | |
| TONYA DEANN CAMPBELL, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| MIDFIRST BANK, | § | |
|    Movant | § | HEARING DATE: 02/12/2014 |
| | § | |
| v. | § | TIME: 10:30 AM |
| | § | |
| EDWARD R. CAMPBELL, | § | |
| Co-Debtor; and WALTER | § | |
| O'CHESKEY, Trustee | § | |
|    Respondents | § | JUDGE HARLIN D. HALE |

## DEFAULT ORDER LIFTING CO-DEBTOR STAY

Came on for consideration the unopposed Motion For Relief from the Co-Debtor Stay filed by MIDFIRST BANK, (hereinafter "MOVANT"), a secured creditor in the above entitled and numbered case. Movant's attorney represented that, after proper notice and timely service of the Motion, no answer has been filed by the Co-Debtor. Therefore, it is

ORDERED that the stay of 11 U.S.C. §1301 is lifted for the purpose of allowing Movant to exercise its rights with respect to the following described property:

LOT NUMBER TWELVE (12), BLOCK NUMBER TWELVE (12), SECTION SIX (6), MIDWESTERN FARM SUBDIVISION, AN ADDITION TO THE CITY OF WICHITA FALLS, WICHITA COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 23, PAGE 298-299, WICHITA COUNTY PLAT RECORDS.

# # # END OF ORDER # # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ DONNA WILKINSON
DONNA WILKINSON
TX NO. 24084098
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
Telephone: (972) 386-5040
E-mail:  NDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

United States Bankruptcy Court
Northern District of Texas

In re:                                                              Case No. 12-70485-hdh
Tonya DeAnn Campbell                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0539-7          User: dmoroles          Page 1 of 1          Date Rcvd: Feb 25, 2014
                              Form ID: pdf012         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2014.
db            +Tonya DeAnn Campbell,    4 Rock Island,    Wichita Falls, TX 76308-4423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2014                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2014 at the address(es) listed below:
              Donna Marie Wilkinson     on behalf of Creditor    Midfirst Bank ndecf@bdfgroup.com
              Gregory A. Ross    on behalf of Creditor    Union Square Federal Credit Union info@gregoryrosspc.com
              Lindsay   Sherp    on behalf of Creditor    Midfirst Bank ndecf@BDFGROUP.com
              Monte J. White    on behalf of Debtor Tonya DeAnn Campbell legal@montejwhite.com,
               mjwhiteoffice@gmail.com;michelle@blackandwhitelaw.com
              Steve   Turner    on behalf of Creditor    Midfirst Bank ndecf@BDFGROUP.com,   marshak@BDFGroup.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov,   albert.loftus@usdoj.gov
              Walter 12,13 OCheskey     cmecf@ch13-12westtex.org,   ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                                             TOTAL: 7