Gregory A. Ross
LAW OFFICE OF GREGORY A. ROSS, P.C.
4245 Kemp Blvd, Suite 308
Wichita Falls, Texas 76308
Telephone (940) 692-7800
Facsimile (940) 692-7813
State Bar No. 17302500
Attorney for UNION SQUARE FEDERAL CREDIT UNION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE:<br><br>TONYA DEANN CAMPBELL,<br><br>Debtor. | Case No. 12-70485-hdh-13<br>(Chapter 13) |
| UNION SQUARE FEDERAL CREDIT UNION,<br><br>Movant,<br><br>VS.<br><br>TONYA DEANN CAMPBELL,<br><br>Respondents. | (A CONTESTED MATTER)<br>HEARING: MAY 15, 2013, AT 10:00 A.M. |

**NOTICE OF TERMINATION OF AUTOMATIC STAY
DUE TO FAILURE TO CURE DEFAULT**

On MAY 17, 2013, an Agreed Order Conditioning Automatic Stay and Granting Relief to Pursue Co-Debtor was filed by the Court. The Debtor failed to comply with the terms of the Agreed Order and on March 3, 2014, a default letter was sent to Debtor pursuant to the Order.

---

**Notice of Termination of Automatic Stay Due to
Failure to Cure Default**                                    Page 1 of 2 Pages

Debtor failed to cure the default in accordance with the default letter.

In accordance with the Agreed Order, the automatic stay is terminated with respect to 2009 GMC ACADIA, VIN#1GKER13D19J143356.

>Respectfully submitted,
>
>/s/ Gregory A. Ross
>Gregory A. Ross
>State Bar No. 17302500
>Attorney for Movant
>
>LAW OFFICE OF GREGORY A. ROSS, P.C.
>4245 Kemp Blvd, Suite 308
>Wichita Falls, Texas 76308
>Telephone (940) 692-7800
>Facsimile (940) 692-7813

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion was on April 24, 2014, served on all parties of interest.

>/s/ Gregory A. Ross
>Gregory A. Ross