BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP           BDFTE# 00000004013462
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
(972) 386-5040

Attorney for  MIDFIRST BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 12-70485-HDH-13 |
| § | |
| TONYA DEANN D. CAMPBELL, § | |
|    Debtor § | CHAPTER 13 |
| § | |
| MIDFIRST BANK, § | |
|    Movant § | |
| § | |
| v. § | |
| § | |
| TONYA DEANN D. CAMPBELL; § | |
| EDWARD R. CAMPBELL, § | |
| Co-Debtor; and ROBERT B. § | |
| WILSON, Trustee § | |
|    Respondents § | |

**NOTICE OF TERMINATION OF AUTOMATIC STAY
DUE TO FAILURE TO CURE DEFAULT**

1. On March 4, 2014 an Agreed Order Conditioning Automatic Stay was entered by the Court.  The Debtor failed to comply with the terms of the Agreed Order.  Movant has given any and all Notices required to be given by the Agreed Order.

2. In accordance with the **Default Paragraph** of the Agreed Order, the automatic stay is terminated with respect to MIDFIRST BANK on property described as:

LOT NUMBER TWELVE (12), BLOCK NUMBER TWELVE (12), SECTION SIX (6), MIDWESTERN FARM SUBDIVISION, AN ADDITION TO THE CITY  OF WICHITA FALLS, WICHITA COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 23, PAGE 298-299, WICHITA COUNTY PLAT RECORDS.

TONYA DEANN D. CAMPBELL, Debtor
CASE NO. 12-70485-HDH-13

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP


BY:  /s/ DONNA WILKINSON
       DONNA WILKINSON
       TX NO. 24084098
       15000 SURVEYOR BLVD SUITE 100
       ADDISON, TX 75001
       Telephone: (972) 386-5040
       E-mail: NDECF@BDFGROUP.COM
       ATTORNEY FOR MOVANT

TONYA DEANN D. CAMPBELL, Debtor
CASE NO. 12-70485-HDH-13

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2014, a true and correct copy of the foregoing Notice of Termination of Automatic Stay was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ DONNA WILKINSON        7/28/2014
DONNA WILKINSON
TX NO. 24084098
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
Telephone: (972) 386-5040
E-mail: NDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

TONYA DEANN D. CAMPBELL, Debtor
CASE NO. 12-70485-HDH-13

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

DEBTORS:
TONYA DEANN CAMPBELL
4 ROCK ISLAND
WICHITA FALLS, TX  76308

TONYA DEANN CAMPBELL
NO. 4 ROCK ISLAND CIRCLE
WICHITA FALLS, TX  76308

CO-DEBTORS:
EDWARD CAMPBELL
4 ROCK ISLAND CIR
WICHITA FALLS, TX  76308-4423

EDWARD CAMPBELL
NO. 4 ROCK ISLAND CIRCLE
WICHITA FALLS, TX  76308

DEBTOR'S ATTORNEY:
MONTE J WHITE
1106 BROOK AVENUE
WICHITA FALLS, TX  76301

TRUSTEE:
ROBERT B. WILSON
6308 IOLA AVE
LUBBOCK, TX  79424